UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-449 (RMU) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY N. JACKSON, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF FILING OF PLEA AGREEMENT, THE FACTUAL PROFFER,
AND LIST OF ELEMENTS FOR THE OFFENSE CHARGED**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, gives notice of the filing of certain documents in the above-referenced matter. The documents being filed herewith include the following: (1) the signed plea agreement; and (2) the signed factual proffer ("Statement of Offense"). The United States, herewith, also sets forth the elements of the offense charged, that is, a violation of 18 U.S.C. § 152(7):

To sustain the charge of transfer of property belonging to the estate of a debtor with intent to defeat the provisions of the bankruptcy law, the government must prove the following propositions:

*First*: a proceeding in bankruptcy existed under Title 11 filed by Unlimited Security, Inc.;

*Second*: with intent to defeat the provisions of the bankruptcy law, the defendant transferred certain property, namely funds from Unlimited Security, Inc.'s, operating funds, which belonged to the bankrupt estate; and,

*Third*: the defendant transferred such property knowingly and fraudulently.

Seventh Circuit Pattern Jury Instructions, page 132 (1999).

"Transfer" as defined under the bankruptcy law includes every manner, direct or indirect, absolute or conditional, of disposing or parting with property or with an interest in the property. *Id.*, at page 134.

An act is done fraudulently if done with intent to deceive any creditor, trustee, or bankruptcy judge.  *Id.,* at page 131.

<div style="margin-left: 50%;">

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


/s /
_____
DANIEL P. BUTLER
ASSISTANT UNITED STATES ATTORNEY
Bar No. 417718
555 4th Street, N.W., Room 5231
Washington, DC 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov

</div>