**United States District Court**
**for the District of Columbia**

FILED

JAN 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.                                                    **WAIVER OF INDICTMENT**

**JEFFREY N. JACKSON**

**CASE NUMBER: 05-0449 (RMU)**

I, **Soraya Marghi,** the above named defendant, who is accused of **Fraudulent Transfer of Debtor's Assets Title 18 United States Code, Sections 152(7),** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **January 17, 2006,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____  1/17/06
Counsel for Defendant
G. Allen Dale

Before _____
Ricardo M. Urbina
United States District Court Judge