IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:05-CR-449 |
| **JEFFREY JACKSON** | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF DEFENDANT'S COUNSEL'S CHANGE OF ADDRESS**

TO THE CLERK: Please take notice that the address for counsel for the Defendant has been changed as follows (telephone and facsimile remain the same):

**Law Offices of G. Allen Dale
601 Pennsylvania Avenue, NW
North Building
9th Floor
Washington, DC 20004**

Respectfully submitted,

/s/
G. Allen Dale
601 Pennsylvania Avenue, NW
North Building
9th Floor
Washington, DC 20004
Telephone: (202) 638-2900
Facsimile: (202) 783-1654