UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
         v.                      :   Criminal Action No.: 05-449   (RMU)
                                 :
JEFFREY JACKSON,                 :
                                 :   **FILED**
         Defendant.              :
                                     AUG 2 4 2006

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MODIFYING THE DEFENDANT'S RELEASE CONDITIONS

Upon consideration of the D.C. Pretrial Service Agency's request for modification of conditions of release, and with no objection from the defendant, it is this 24th day of August 2006,

**ORDERED** that the conditions of the defendant's release are hereby **MODIFIED** to include weekly drug testing with the Pretrial Service Agency, and it is

**FURTHER ORDERED** that the Pretrial Service Agency provide the court with immediate notice of any positive drug tests or any other alleged violation of the defendant's release conditions.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge