UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :     Criminal Action No.: 05-449 (RMU)
                                  :
JEFFREY JACKSON           ,       :
                                  :
           Defendant(s).          :

**ORDER**

It is this 31st day of October 2005,

ORDERED that a progress hearing in the above-captioned case shall take place on April 19, 2007 at 9:45 am.

**SO ORDERED.**

FILED
OCT 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ricardo M. Urbina
United States District Judge