HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0449 |
|---|---|---|
| vs. | : | SSN: |
| Jackson, Jeffrey | : | Disclosure Date: February 27, 2006 |

**FILED**
OCT 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Daniel P. Butler_      3-13-06
**Prosecuting Attorney**      Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____
**Defendant**      **Date**     **Defense Counsel**      **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 13, 2006**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

**Receipt and Acknowledgment** – Some corrections, notations and typographical errors    Page 2

Page 1, Offenses; Page 3, ¶ 1; Page 7, ¶ 20; and Page 16, ¶ 58 – The crime charged in the Information is Fraudulent transfer of debtor's assets, 18 U.S.C. § 152(7), not False Claims to Defraud the United States, 18 U.S.C. § 287.

Page 1, Release Status, second line – the case was brought by Information, not Indictment.

Page 4, ¶ 7, line 5 – March should be capitalized.

Page 7, ¶ 23, and Page 16, ¶ 61 – the PSR gives defendant a two-level enhancement because "[t]he offense involved fraudulent actions during the course of a bankruptcy proceeding[,]" pursuant to USSG § 2B1.1(b)(8)(B). The parties did not include this enhancement in the plea letter, and defense counsel, in his letter to the Probation Office dated March 6, 2006, objected to this enhancement. The government is not advocating for this enhancement, having overlooked it, but notes that, consistent with the Probation Officer's opinion, Amendment 597, USSG Appendix C - Volume II (2003), page 66, notes that "any case involving a bankruptcy fraud will result in a two-level enhancement[.]"

Page 10, ¶ 10, line 6 – the defendant was not arrested in this case.

Page 12, ¶ 46, line 11 – the word "field" should be "filed".

Page 15, ¶ 56, line 9 – "advised this some" should be "advised that some".

Signed by: _Daniel P. Butler_
Daniel P. Butler
Assistant United States Attorney

Date:    March 13, 2006