```
                                                                    CO-290
Notice of Appeal Criminal                                           Rev. 3/88
```

## United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No.  05-CR-00449 (RMU) |
| ) | |
| JEFFREY N. JACKSON ) | |
| ) | |

**NOTICE OF APPEAL**

Name and address of appellant       United States of America

Name and address of appellant's attorney       Roy W. McLeese III
United States Attorney's Office
Room 8104
555 4th Street, NW
Washington, DC 20530

Offense: 18 U.S.C. 152(7) – Fraudulent Transfer of Debtor's Assets

Concise statement of judgment or order, giving date, and any sentence

> Judgment entered on docket on November 8, 2006, sentencing defendant to five years of probation with conditions, and an assessment of $100 and restitution of $361,330.21.

Name and institution where now confined, if not on bail:

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____        _____
DATE                                APPELLANT


_____
CJA, NO FEE _____        ATTORNEY FOR APPELLANT
PAID USDC FEE _____
PAID USCA FEE _____
Does counsel wish to appear on appeal?  Yes/No
Has counsel ordered transcripts?  Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  Yes/No

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2006, one copy of the foregoing Government's Notice of Appeal was sent by first-class U.S. Mail to counsel for Jeffery N. Jackson:

George Allen Dale
Suite 900, North Building
601 Pennsylvania Avenue, NW
Washington, DC 20004

_____
THOMAS J. TOURISH, JR.
Assistant United States Attorney
555 4th Street, NW, Room 8104
Washington, DC 20530
(202) 514-7088