UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                              )<br>)<br>JEFFREY JACKSON,                    )<br>)<br>           Defendant.                  )<br>_____) | Criminal No. 05-449-01 (RMU) |

PROBATION STATUS REPORT

Comes now the defendant, Jeffrey Jackson, by and through counsel, and provides the following report on the status of his probation.

On October 31, 2006, the Court sentenced Mr. Jackson to a term of probation of five years. Conditions of probation included restitution at the rate of no less than $500.00 per month, 250 hours of community service, with 200 of those hours devoted to educating and counseling teenagers about the danger of drug usage, and eight months of home confinement.

We advise the Court that Mr. Jackson has made restitution as ordered, has paid the $100.00 special assessment, was enrolled in the electronic monitoring program on November 9, 2006, and has abided by all other conditions of probation.

Mr. Jackson has not been able to begin the community service ordered by the Court. The probation office will not allow Mr. Jackson to perform community service while in the electronic monitoring program.

     While the probation office will not petition the court to vacate the remainder of the period of electronic monitoring which Mr. Jackson has been ordered to serve, we are led to believe that the probation office would not object if the Court were to vacate the remainder of the electronic monitoring. We are hopeful that this matter can be addressed at the status hearing scheduled for April 19, 2007.

     We further advise the court that since sentence was imposed, Mr. Jackson now has custody of his two children (age 3 and 5) and is responsible for 100% of their care. Mr. Jackson's' wife is still battling cancer and is unable to assist in caring for the children. Even though Mr. Jackson and his wife are estranged, Ms. Jackson continues to speak highly of her husband and is thankful that this Court had the wisdom to allow Mr. Jackson to avoid incarceration so that he could care for their two minor children.

     Respectfully submitted,

_____/s/_____
G. ALLEN DALE
Bar No. 954537
601 Pennsylvania Avenue, N.W.
Suite 900 - North Building
Washington, D.C. 20004
(202) 638-2900
Facsimile: (202) 783-1654

2