UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-449 (RMU) |
| | : | |
| JEFFREY JACKSON, | : | |
| | : | **FILED** |
| Defendant. | : | |

**ORDER**

APR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 19th day of April 2007,

**ORDERED** that the progress hearing in the above-captioned case scheduled for today is hereby **VACATED** and **RESCHEDULED** for May 1, 2007 at 1:30 am.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge