# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-3181                      September Term, 2006

05cr00449-01

**FILED** APR - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On:

United States of America,
        Appellant

v.

Jeffrey N. Jackson,
        Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED APR - 3 2007
CLERK

## ORDER

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the District Court a certified copy of this order in lieu of formal mandate.

                           **FOR THE COURT:**
                           Mark J. Langer, Clerk

           BY: _____
                           Linda Jones
                           Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk