UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 05-0449-01 (RMU) |
| JEFFREY N. JACKSON, | |
| Defendant. | |

FILED
APR 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO ALTER VICTIM PAYEE

Kevin R. McCarthy, Chapter 7 Trustee for Unlimited Security and the designated victim payee in this Court's Judgment filed November 7, 2006, respectfully moves this Court to alter the victim payee from himself to Sidney E. Bellamy, 3424 Winged Foot Court, Dallas TX 75229-2636. As grounds for this Motion he represents the following:

1. Kevin R. McCarthy ("Trustee") is the duly appointed Trustee for the bankruptcy estate of the Debtor Unlimited Security, Case No. 02-599 on the docket of the United States Bankruptcy Court for the District of Columbia.

2. Jeffrey N. Jackson ("Jackson") is the Defendant in this case.

3. On October 17, 2004 the United States Bankruptcy Court for the District of Columbia entered a Consent Judgment Order in favor of the Trustee for $357,000 plus interest at 1.23% from April 8, 2004 plus $150 in costs against Jackson in Adversary Proceeding No. 04-10044 on the docket of that court.

4. The Complaint upon which the Consent Judgment Order was based alleged the following, in relevant part, against Jackson:

> After the filing of the bankruptcy petition, during the period June-August 2003, the Defendant, as the Debtor's CEO and an authorized signatory on the Debtor's bank accounts, diverted to other uses at least $357,000 ("the Diversion") from

the Debtor's DIP Tax Escrow Account that had been advanced by the Debtor's postpetition lender Commerce Funding Corporation for the specific purpose of paying payroll tax liabilities associated with the Debtor's June 30, July 15, and July 30, 2003 payrolls.

5. Similar allegations were made in the one-count Information to which the Defendant pled guilty in this case.

6. The Trustee is the victim payee in this case. It is a condition of the Defendant's five-year probation that he make restitution in the amount of $361,330.21 payable at the rate of no less than $500 per month to the Clerk of the Court for disbursement to the Trustee.

7. The Trustee's fiduciary duty to the bankruptcy estate of Unlimited Security is to complete administration in a reasonable period of time. In order to discharge that duty, the Trustee sought and obtained the authorization of the U.S. Bankruptcy Court for the District of Columbia to sell both the civil judgments he has against Jackson and the Trustee's rights as a victim payee in the criminal judgment entered by this Court. A copy of the Order of the bankruptcy court is attached as Exhibit A.

8. The Trustee conducted an auction of his rights under the civil judgments against Jackson and the criminal judgment against Jackson on April 19, 2007. Sidney E. Bellamy, 3424 Winged Foot Court, Dallas TX 75229-2636 ("Purchaser") was the winning bidder. The sale price was $12,000.

9. The Trustee has been in contact with the Assistant U.S. Attorney handling this case, the Defendant's criminal attorney, and the probation officer for Jackson. All are aware of the Trustee's efforts to sell his rights under the criminal judgment against Jackson.

10. From discussions with Jackson's probation officer, the Trustee understands that, despite the bankruptcy court's authorization of the Trustee to sell the judgments, the district court clerk's office lacks authorization to disburse future restitution payments made by Jackson to the Purchaser without an Order by this Court.

Wherefore, the Trustee requests the Court to enter the attached proposed Order.

Respectfully submitted,

/s/ Kevin R. McCarthy
Kevin R. McCarthy, No. 218149
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102
(703) 770-9261
Trustee for Unlimited Security

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2007 I mailed a copy of the foregoing to the following:

G. Allen Dale, Esq.
601 Pennsylvania Avenue, NW
Suite 900 - North Building
Washington, DC 20004

Daniel P. Butler, Esq.
555 4th Street, NW
Washington, DC 20530

Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, Virginia 22314

Sidney E. Bellamy
3424 Winged Foot Court
Dallas TX 75229-2636

/s/ Kevin R. McCarthy
Kevin R. McCarthy