The order below is hereby signed.

Signed: March 06, 2007.



*[signature]*
S. Martin Teel, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>UNLIMITED SECURITY,<br><br>Debtor. | Case No. 02-0599<br>Chapter 7 |

### ORDER

Upon consideration of the Trustee's Motion to Approve Sale of Property Free And Clear Of All Liens And Other Interests Pursuant to Prescribed Bidding Procedures and the limited objection filed by the United States Trustee, and it appearing that the Motion should be granted with certain modifications, it is hereby

ORDERED that the motion be, and hereby is, GRANTED, and the Trustee is authorized to sell: 1) U.S. District Court for District of Columbia judgment against Jeffrey N. Jackson in criminal case requiring restitution of $361,330.21 to be paid to Kevin McCarthy, Trustee at rate of at least $500 per month; and 2) U.S. Bankruptcy Court for Maryland consent judgment


EXHIBIT A

determining non-dischargeability of debt owed Kevin McCarthy, Trustee by Jeffrey N. Jackson in the amount of $361,330.21 as of 8/30/05, ("the Judgments)), which Judgments are attached as Exhibits to the Trustee's Notice of Intention to Sell Property Of The Estate Free And Clear Of All Liens And Other Interests Pursuant To Prescribed Bidding Procedures ("Notice") filed simultaneously with the Motion, on the terms and conditions and pursuant to the bidding procedures described in such Notice, except that in the event the trustee determines that the successful bidder of the criminal restitution judgment is Jeffrey N. Jackson or a person related to Jeffrey N. Jackson, the trustee's authority to finalize the sale shall be subject to notice and further application to the court to approve the sale.

Copies to:

Kevin R. McCarthy, Esq.
8180 Greensboro Dr., Suite 875
McLean, Virginia 22102

Martha L. Davis, Trial Attorney
Office of the United States Trustee
115 South Union St., Suite 210
Alexandria, VA 22314