UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 05-449    (RMU) |
| JEFFREY JACKSON, | : | **FILED** |
| Defendant. | : | MAY 1 – 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 19th day of April 2007,

**ORDERED** that a progress hearing in the above-captioned case shall take place on _Oct 15 2007_ at _10 AM_

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge