UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 1 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :
                                  :
         v.                       :     Criminal No. 05-0449-01
                                  :                (RMU)
JEFFREY N. JACKSON,               :
                                  :
         Defendant.               :

ORDER ALTERING VICTIM PAYEE
FROM KEVIN R. MCCARTHY, TRUSTEE
TO SIDNEY E. BELLAMY

Upon Consideration of the Motion To Alter Victim Payee filed by Kevin R. McCarthy, Chapter 7 Trustee for Unlimited Security, no opposition having been filed, and good cause having been shown, it is this 1st day of May, 2007

ORDERED that all restitution payments received by the clerk's office from or on behalf of the Defendant on or after April 19, 2007 pursuant to the Judgment filed November 7, 2007 in this case be disbursed to: Sidney E. Bellamy, 3424 Winged Foot Court, Dallas TX 75229-2636; provided, however, that any restitution payments received by the clerk's office from or on behalf of the Defendant prior to April 19, 2007 pursuant to the Judgment filed November 7, 2007 be disbursed as previously ordered, namely, to Kevin R. McCarthy, Trustee, 8180 Greensboro Drive, Suite 875, McLean, VA 22102; and it is further

ORDERED that, subject to the foregoing, the victim in this case shall hereafter be deemed to be Sidney E. Bellamy, who shall be entitled to all victim's rights provided by law.

_____
Ricardo M. Urbina
United States District Judge

cc:

Kevin R. McCarthy
810 Greensboro Drive - Suite 875
McLean, VA 22102

G. Allen Dale, Esq.
601 Pennsylvania Avenue, NW
Suite 900 - North Building
Washington, DC 20004

Daniel P. Butler, Esq.
555 4th Street, NW
Washington, DC 20530

Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, Virginia 22314

Sidney E. Bellamy
3424 Winged Foot Court
Dallas TX 75229-2636