UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-449 (RMU) |
| ) | |
| JEFFREY JACKSON, ) | |
| ) | |
| Defendant ) | |

### MOTION ALLOWING DEFENDANT TO TRAVEL
### OUTSIDE THE UNITED STATES

Comes now the defendant, Jeffrey Jackson, by and through Counsel, G. Allen Dale, and respectfully moves this court to issue an Order directing the Probation Office to issue a travel permit allowing him to travel outside the United States. In support of this motion, the Defendant states:

1. On October 31, 2006, this court sentenced Mr. Jackson to a term of five years probation. A special condition of probation was that Mr. Jackson be placed in the electronic monitoring program for a period of eight months. The Court also ordered restitution and community service, which will begin after Mr. Jackson is released from the electronic monitoring program.

2. Mr. Jackson is scheduled to complete the eight months of electronic monitoring on July 6, 2007.

3. In anticipation of being released from the program, Mr. Jackson made arrangements to take his two children, for whom he has sole custody, a one-week vacation. Mr. Jackson asked the probation officer assigned to him, Danny Thomas, if the Probation Office

would issue a travel permit allowing the vacation. Mr. Thomas advised Mr. Jackson that he would indeed issue such a permit. Mr. Jackson had originally planned to take his children to Orlando, but has been unable to make those arrangements. Mr. Jackson has made arrangements to take his children to Jamaica for one week, beginning July 16, 2007, and returning July 23, 2007. When Mr. Jackson informed the Probation Office of his plans, he was told that to go outside the United States required the permission of the Court.

      4.      Mr. Thomas advises that he does not oppose the instant request.

      5.      Mr. Jackson has faithfully abided by the conditions of his probation. He has been on electronic monitoring for 8 months and has been unable to spend any time with his children other than within the confines of their home. We respectfully submit that it would not be unreasonable to allow Mr. Jackson a one week vacation with his children. They, unfortunately, have also had to endure the consequences of the home confinement imposed upon (and, of course, brought on by) their father.

WHEREFORE, the Defendant respectfully prays that the Court grant his motion and sign the attached Order, directing the Probation Office to allow Mr. Jackson to travel outside the United States between July 16, 2007 and July 23, 2007.

Date: July 3, 2007                                        Respectfully submitted,

                                                                        /s/
                                                  G. ALLEN DALE
                                                 Bar No. 954547
                                                 601 Pennsylvania Avenue, NW
                                                 North Building – 9th Floor
                                                 Washington, D.C. 20004
                                                 Telephone: (202) 638-2900