UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.  05-449 (RMU) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY N. JACKSON, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
TO ALLOW TRAVEL OUTSIDE THE UNITED STATES**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby submits this response to defendant Jeffrey N. Jackson's motion to allow travel outside the United States.  The government defers to the Court on defendant's requests, but suggests that this motion raises the question of whether the Court should revisit the amount of the monthly restitution payments owed by defendant.

1.  On October 1, 2006, the Court, departing downward from the sentence recommended by the United States Sentencing Guidelines, sentenced defendant on his guilty plea to fraudulent transfer of a bankruptcy debtor's assets.  The Court sentenced defendant to five years of probation and ordered him to make restitution of $361,330.21 to the bankruptcy estate.  The rate of payment of the restitution was set at $500 per month.

2.  Defendant has moved the Court for permission to travel with his two children to the country of Jamaica on a week-long vacation July 16-23, 2007.

3.  The government defers to the Court as to whether it is appropriate for the Court to authorize this travel at this time.

4.  The present motion does raise a question, however.  That is, if defendant has the discretionary funds available for a week-long vacation in a foreign country, is the monthly

restitution amount set at the appropriate level?  At the present rate of $500 a month, defendant will pay $6,000 a year on the restitution and, in five years, $30,000, or less than 10% of the total amount owed.  If defendant has enough income to pay for the proposed vacation trip, then it may be appropriate for the Court to revisit the amount of the monthly restitution payments to insure that defendant is both paying within his means and paying a more significant amount that he owes.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      UNITED STATES ATTORNEY
                                      D.C. BAR # 498610

                                      / s /

By:    _____
        DANIEL P. BUTLER
        D.C. Bar #417718
        ASSISTANT U.S. ATTORNEY
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-9431
        Daniel.Butler@usdoj.gov