UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-449 (RMU) |
| ) | |
| JEFFREY JACKSON, ) | |
| ) | |
| Defendant ) | |

## ORDER ALLOWING DEFENDANT TO TRAVEL OUTSIDE THE UNITED STATES

This matter comes before the Court on Motion of the Defendant seeking leave to travel outside the United States for one week. Based upon the pleading and the entire record in this case, it is by this Court on this 10th day of July, 2007,

ORDERED, that the Defendant's motion be and the same hereby is granted and it is;

FURTHER ORDERED that the Probation Office provide Mr. Jackson with a travel permit allowing him to travel outside the United States between July 16, 2007 and July 23, 2007; and it is

FURTHER ORDERED that Mr. Jackson comply with any conditions placed upon him by the Probation Office while on travel.

SO ORDERED

Ricardo M. Urbina
United States District Judge

1