UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-449 (RMU) |
| | : | |
| JEFFREY JACKSON, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

It is this 31st day of March 2008, hereby

**ORDERED** a progress hearing in the above-captioned case shall take place on October 14, 2008 at 10:30 a.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

FILED
MAR 31 2008
Clerk, U.S. District and
Bankruptcy Courts