## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
**UNITED STATES OF AMERICA,**              )
)
    **v.**                                    )      **Case No: 05-449 (RMU)**
)
**JEFFREY JACKSON,**                       )
)
    **Defendant.**                           )
_____)

### DEFENDANT'S POSITION REGARDING RELEASE OF INFORMATION PROVIDED TO THE PROBATION OFFICE

The defendant, Jeffrey Jackson, has been advised that an individual not associated with the Court has requested certain information that Jackson is required to provide periodically to his Probation Officer. Counsel for defendant Jackson has been advised that the individual requesting the information has not given specific reasons for the requests. The defendant, on advice of counsel, informs the Court that his position is that non-public information provided by him to the Court or to Probation should not be disclosed without a written request being made and specific reasons for the disclosure being advanced. The defendant suggests that this issue be addressed, if indeed necessary, at the next scheduled probation progress review set for May 5, 2011.

Date:  March 21, 2011                     Respectfully submitted,

                                                                       /s/ G. Allen Dale
                                                                       G. Allen Dale 954537
                                                                       Attorney for Jeffrey Jackson
                                                                       Law Offices of G. Allen Dale, PLLC
                                                                       575 7th Street, N.W.
                                                                       Suite 300 South
                                                                       Washington, D.C. 20004-2601
                                                                       Telephone: (202) 638-2900
                                                                       Facsimile: (202) 783-1629
                                                                       gallendale@aol.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the foregoing motion will be delivered, through ECF filing, to Assistant United States Attorney Daniel Butler this 21st day of March, 2011.

                /s/ G. Allen Dale
                G. Allen Dale